L O D G E D
CLERK, U.S. DISTRICT COURT
11/9/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: DTA DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
11/10/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
    Ronald Reagan Federal Building
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3598
    Facsimile: (714) 338-3708
    Email:    Brett.Sagel@usdoj.gov

**UNDER SEAL**

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:22-mj-00718-DUTY |
| Plaintiff, | ORDER SEALING DOCUMENTS |
| v. | **(UNDER SEAL)** |
| VARUN AGGARWAL, | |
| Defendant. | |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's <u>ex parte</u> application for sealed filing is GRANTED. The documents sought to be filed under seal and the government's <u>ex parte</u> application for sealed filing shall both be

1

filed under seal.  The government may produce the underlying documents as permitted or required by applicable law.

```
    11/10/2022                          /s/ John D. Early
    DATE                                HONORABLE JOHN D. EARLY
                                        UNITED STATES MAGISTRATE JUDGE
```

Presented by:

```
    /s/
    BRETT A. SAGEL
    Assistant United States Attorney
```

2