Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 14 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___DTA___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
V.
Varun Aggarwal
DEFENDANT
USMS# _____

CASE NUMBER: 8:22-mj-00718-DUTY

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 11/14/22 at 8:10 ☑ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 1341 and 18 USC 1343

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☑ No ☐ Yes   Language: _____

7. Year of Birth: 1981

8. Defendant has retained counsel: ☑ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty

10. Remarks (if any): N/A

11. Name: SA Caroline Ayan   (please print)

12. Office Phone Number: (703) 609-2582   13. Agency: FBI

14. Signature: Cayn   15. Date: 11/14/22

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION