*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

```
FILED
CLERK, U.S. DISTRICT COURT
11/15/2022
CENTRAL DISTRICT OF CALIFORNIA
BY:      DTA        DEPUTY
```

PACTS No: 8300153

**Passport Receipt**

Defendant Name: Varun Aggarwal

Name on passport, if different:

Country of Origin: USA – (VISA No. U864358)

Date Visa issued: 06/30/2011

Expiration date of Visa: Lifelong

Ordered by court in the Central District of California

Docket Number: 8:22-MJ-00718-1

U.S. Probation & Pretrial Services

_____
Surrendered By

11/15/2022
Date

Elsa Perez
_____
Received By

11/15/2022
Date

_____
Returned To

_____
Date

_____
Surrendered By

_____
Date

Purpose Returned

Address (if mailed)