CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MICHAEL A. SCHACHTER (No. 298610)
(E Mail: Michael_Schachter@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
VARUN AGGARWAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VARUN AGGARWAL, <br><br> Defendant. | Case No. 8:22-mj-00718-Duty <br><br> **STIPULATION ALLOWING PAYMENT TO RETAINED ATTORNEY AND SEEKING CONTINUANCE OF PRELIMINARY HEARING DATE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through Assistant United States Attorney Brett Sagel, and defendant Varun Aggarwal, by and through his attorney of record, Deputy Federal Public Defender, Michael Schachter that:

1. On November 14, 2022, Mr. Aggarwal had his initial appearance before the Court. Dkt. No. 9 at 1. The Court fixed bail at $ 100,000 and released Mr. Aggarwal. *Id.* As is relevant here, Mr. Aggarwal's bond includes a condition that he "not sell, transfer, or give away any asset valued at $ 5,000 or more without notifying and obtaining permission from the Court." *Id.* at 3. Consistent with this condition, Mr.

Aggarwal now seeks Court permission to make a one-time payment to prospective retained counsel (Mark A. Byrne of Byrne & Nixon LLP).  The parties agree the Court should grant the requested permission so that Mr. Aggarwal may retain counsel.

  2. Also on November 14, 2022, at that appearance, the Court scheduled a preliminary hearing for December 5, 2022. *Id.* at 1.  The parties agree and now jointly request that this date be continued to December 9, 2022.

  For all these reasons, the parties hereby stipulate that the Court should (1) grant permission for Mr. Aggarwal to make a one-time payment to prospective retained counsel (Mark A. Byrne of Byrne & Nixon LLP) in excess of $5,000; and (2) continue the preliminary hearing date to December 9, 2022.

               Respectfully submitted,

               CUAUHTEMOC ORTEGA
               Federal Public Defender

DATED: November 21, 2022  By  */s/ Michael Schachter*
               MICHAEL SCHACHTER
               Deputy Federal Public Defender
               Attorney for Defendant Varun Aggarwal

               E. MARTIN ESTRADA
               United States Attorney

DATED: November 21, 2022  By  */s/ Brett Sagel* (via email authorization)
               BRETT SAGEL
               Assistant United States Attorney