CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MICHAEL A. SCHACHTER (No. 298610)
(E Mail: Michael_Schachter@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
VARUN AGGARWAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VARUN AGGARWAL,<br><br>　　　　Defendant. | Case No. 8:22-mj-00718-Duty<br><br>**[PROPOSED] ORDER RE STIPULATION ALLOWING PAYMENT TO RETAINED ATTORNEY AND SEEKING CONTINUANCE OF PRELIMINARY HEARING DATE** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that that the Court will (1) grant permission for Mr. Aggarwal to make a one-time payment to prospective retained counsel (Mark A. Byrne of Byrne & Nixon LLP) in excess of $5,000; and (2) continue the preliminary hearing date to December 9, 2022.

DATED: November ____, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JUDGE KAREN E. SCOTT
　　　　　　　　　　　　　　　　　　United States Magistrate District Judge