# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:22-MJ-00718-DUTY |
| v. | |
| VARUN AGGARWAL | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Varun Aggarwal    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute   Mark A. Byrne                                                                 who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

1230 Crenshaw Blvd., Suite 103
*Street Address*

Torrance, California 90501                     markbyrne@byrnenixon.com
*City, State, Zip*                              *E-Mail Address*

213-620-8003            213-620-8012            116657
*Telephone Number*       *Fax Number*            *State Bar Number*

as attorney of record instead of   Michael Alex Schachter
                                    *List __all__ attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY